

**PKH** llp
Palmer Kazanjian Holden

Labor Law • Employment Law

June 17, 2005

Judge James Larson
United States District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

IT IS SO ORDERED
Magistrate Judge James Larson

Re: Jose Moreno, et al. v. C.E. Green Corp., et al.
USDC No. Dist. Case No. C O5 0875 JL

Dear Judge

I hereby request to appear telephonically at the Initial Case Management Conference, scheduled to commence on June 29, at 10:30 a.m. in this matter. I can be reached at 916.442.3552.

Very truly yours,

Treaver K. Hodson

TKH/ic

v. 916.442.3552
f. 916.442.3606
www.pkh-law.com

520 Capitol Mall
Suite 600
Sacramento
CA 95814

C:\Documents and Settings\ICuyun\Desktop\LETTER TO JUDGE2.doc