August 30, 2005

**VIA E-FILING**

Chief Magistrate Judge James Larson
United States District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Jose Moreno, et al. v. C.E. Green Corp., et al.
      USDC No. Dist. Case No. C O5 0875 JL

Dear Judge Larson:

I hereby request to appear telephonically at the Case Management Conference, scheduled for September 7, 2005, at 10:30 a.m. in this matter. I may be reached at (916) 442-3552.

If you have any questions, please call me directly.

Very truly yours,


Treaver K. Hodson

TKH/ic
                    8/31/05

