January 18, 2006

**VIA E-FILING**

Judge James Larson
United States District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Edward Bergo, et al. v. C.E. Green Corp., et al.
       USDC No. Dist. Case No. C 05 0874 JL

       and

Re:   Jose Moreno, et al. v. C.E. Green Corp., et al.
       USDC No. Dist. Case No. C O5 0875 JL

Dear Judge Larson:

I hereby request to appear telephonically at the Case Management Conference, scheduled on January 25, 2006, at 10:30 a.m. in these matters.

If you have any questions, please call me directly.

Very truly yours,


Treaver K. Hodson

TKH/ic



IT IS SO ORDERED
Judge James Larson