**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO, ET AL., | Case No. C-05-0874 JL (JCS) |
|     Plaintiffs, | |
|     v. | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| C.E. GREEN CORPORATION, ET AL., | |
|     Defendants. | **(E-FILING CASES)** |
| JOSE MORENO, ET AL., | Case No. C-05-0875 JL (JCS) |
|     Plaintiffs, | |
|     v. | |
| C.E. GREEN CORPORATION, ET AL., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Settlement Conference previously scheduled for September 26, 2006, at 9:30 a.m., in these cases has been continued to **October 19, 2006, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

IT IS HEREBY ORDERED that both counsel of record for the non-stayed defendant and defendant, Carole Green, personally appear at the Settlement Conference.

The parties are directed to notify the undersigned's chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference. All other provisions of the

February 8, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: September 28, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge